*Norman S. Goetz, Sylvan Gotshal* and *Melvin Robbins* for appellant.

*Francis G. Caffey, Stark B. Ferriss* and *Francis S. Ferriss* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

WILLIAM H. WILLIAMS, Respondent, *v.* THE CITY OF NEW YORK et al., Defendants, and JOHN D. ANTONO-PULOS, Appellant.

*New York city — parks — taxpayer's action to restrain erection of buildings in park under lease or license — park commissioner without power to lease and license an abuse of discretion.*

*Williams* v. *Hylan*, 223 App. Div. 48, affirmed.
(Argued June 5, 1928; decided June 19, 1928.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 30, 1928, reversing a judgment in favor of defendants entered upon a decision of the court on trial at Special Term and granting a new trial. The action, by a taxpayer, was brought to restrain the erection, use and occupation of two buildings in Battery Park, borough of Manhattan, under a lease or license from the commissioner of parks. The Appellate Division held that the commissioner was without power to execute a lease of park property and if the writing was a mere revocable license, the granting thereof was a clear abuse of discretion.

*Edmund L. Mooney* and *Wilber W. Chambers* for appellant.

*George P. Nicholson,* Corporation Counsel (*Vine H. Smith, Josiah A. Stover* and *J. Joseph Lilly* of counsel), for city of New York et al.

*W. B. Roulstone, Joseph Kahn* and *R. G. Gordon* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and KELLOGG, JJ.  Not sitting: O'BRIEN, J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* MICHAEL ENRIGHT, Appellant.

*Appeal — motion to dismiss denied.*

Reported below, 221 App. Div. 26.

(Submitted June 4, 1928; decided June 19, 1928.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 4, 1927, which affirmed a judgment of the Steuben County Court convicting the defendant of the crime of manslaughter in the first degree.

The motion was made upon the ground of failure to serve the printed record on appeal.

*Guy W. Cheney* for motion.

*Thomas F. Rogers* opposed.

Motion denied in accordance with stipulation.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* RONALD OSMAN, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued May 31, 1928; decided June 21, 1928.)

APPEAL from a judgment of the Kings County Court, rendered February 24, 1928, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Luke O'Reilly* and *William O'Dwyer* for appellant.

*Charles J. Dodd, District Attorney (Henry J. Walsh* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.